

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**LD C. MANN**
**EY GENERAL**

**February 9, 1939**

Hon. L. A. Woods
State Superintendent of
Public Instruction
Austin, Texas

Dear Sir:

Opinion No. O-209
Re: Article 2750a Revised
Statutes, being H. B.
137 p. 541 Gen. Laws
Regular Session 45th
Legislature -- valid-
ity because of caption
to bill creating.

This will acknowledge receipt of your letter of
February 7, 1939, wherein you made the following request:

"Request is made that your Department
investigate the bill creating Article
2750a, Revised Civil Statutes, and advise
as to whether or not the caption of the
bill meets the requirement so that the
law as passed has been validly enacted."

We have carefully read the caption of the above
mentioned bill and the Act itself, and we do find a variance
between the last clause of the caption and the last sentence
of the body of the bill.

We respectfully call to your attention the case of
Austin Independent School District et al vs. Marrs by the Com-
mission of Appeals, and found in 41 S. W. (2d) p 9, which case
we believe is in point on the question presented. We quote
the language of the court in passing upon the Act of the Legis-
lature then in question:

"The language of the title thereof not
clear in some respects is sufficient we think to
apprise the ordinary mind of the subject matter

of the body of the Act.  The contention that the subject of the Act is not expressed in the title is overruled."

The caption of the Act before us, though at variance in the last part of it, is sufficient as to the whole of it to give notice of what the Act contains.

We therefore hold that the Article in question has been properly enacted by the Legislature.

Very truly yours

ATTORNEY GENERAL OF TEXAS

George S. Berry
Assistant

GSB-MR

APPROVED:

ATTORNEY GENERAL OF TEXAS